# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NARATE KEYS, | Civil No. 10-0648 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | |
| Defendant. | |

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC,** 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

Charles Alden, Michael Berger, and Russell Ponessa, **HINSHAW & CULBERTSON LLP**, 333 South Seventh Street, Suite 2000, Minneapolis, MN 56402, for defendant.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on June 8, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 9, 2010
at Minneapolis, Minnesota

                                                s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                               United States District Judge